UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HTT GROUP, LLC,<br><br>Plaintiff<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNICORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants | 22-cv-4206 (LJL)<br><br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

WHEREAS, the Temporary Restraining Order entered on June 2, 2022 (the "TRO") is set to expire on June 16, 2022;

WHEREAS, the Court has found just cause for granting a fourteen (14) day extension of the TRO;

NOW THEREFORE, the Court orders that the TRO be extended for fourteen (14) days, until June 30, 2022.

Plaintiff is directed to serve a copy of this Order on Defendants.

**SO ORDERED.**

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Date: June 13, 2022
       New York, NY

1