**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HTT Group LLC, | ) | Case No.: 22-4206 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A TO THE | ) | |
| COMPLAINT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

A telephonic hearing was held on June 28, 2022 on Plaintiff's request for a Preliminary Injunction, the Court having considered all papers filed in support of the Application, and heard Plaintiff Counsel's argument, and as the Defendants while having been served, have not appeared in the case or attended this hearing, the Court Orders, as follows:

Plaintiff is **GRANTED** leave to file an Amended Complaint with Amended Exhibit 2 and Amended Schedule A containing the additional Defendant newly discovered by Plaintiff;

Plaintiff is **GRANTED** leave to file an Amended motion for a TRO and Order to Show Cause in connection with the newly added Defendant in the Amended Complaint;

Plaintiff's motion to convert the TRO/Order to Show Cause to a Preliminary Injunction is

**GRANTED**. Plaintiff shall submit a proposed Order converting the TRO/Order to Show Cause to a Preliminary Injunction;

Plaintiff is **GRANTED** leave to file a motion for Default Judgment and serve Defendants by July 22, 2022, Opposition papers are due by August 12 at 5PM Eastern time and a hearing is scheduled for August 19 at 3PM by Telephone Conference. The parties are directed to use the Court's teleconference line at 888-251-2909, Access Code 2123101.

DATE: June 30, 2022
      New York, NY

_____

UNITED STATES DISTRICT JUDGE