```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :
HTT GROUP LLC,                               :
                                               :
                Plaintiff,                :
                                               :     22-cv-04206 (LJL)
       -v-                                   :
                                               :          ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED   :
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED :
ON SCHEDULE A TO THE COMPLAINT,           :
                                              X
                Defendants.

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       On August 12, 2022, Plaintiff requested that the $5,000 bond posted pursuant to this Court's Order to Show Cause, Dkt. No. 20, be returned to Plaintiff because Plaintiff and all Defendants have entered into a consent judgment. Dkt. No. 53. Plaintiff's request is GRANTED.

SO ORDERED.

Dated: August 15, 2022
       New York, New York                                                  LEWIS J. LIMAN
                                                                       United States District Judge